FILED
AUG 27 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT    SUPPRESSED
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v.  ) | **4:20CR00447 AGF/PLC** |
| CAMERON HUBBARD, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 1, 2020, in the City of St. Louis within the Eastern District of Missouri,

**CAMERON HUBBARD,**

the Defendant herein, did attempt to take and carry away with the intent to steal from an ATM located at 1300 Washington Avenue, United States Currency in excess of $1000.000, which was then in the care, custody and control of US Bank and federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113 (b) and 2.

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462(MO)
Assistant United States Attorney